DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**P.J-P.,** a child,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D15-1191

[July 29, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 2015DP300097XXXXMB.

Jan Peter Weiss of Law Offices of Jan Peter Weiss, West Palm Beach, for appellant.

Rosemarie Farrell, Orlando, for appellee.

PER CURIAM.

*Affirmed. See O.I.C.L. v. Dep't of Children & Families*, 2015 WL 4461164 (Fla. 4th DCA July 22, 2015).

WARNER, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***